# UNITED STATES DISTRICT COURT
## FOR THE Northern District of Illinois – CM/ECF LIVE, Ver 6.2.2
### Eastern Division

Joseph M Kupiszewski, et al.

                                         Plaintiff,

v.                                           Case No.: 1:17−cv−06393

                                         Honorable John J. Tharp Jr.

Mohawk Finishing Products Division of RPM Wood Finishes Group, Inc., et al.

                                         Defendant.

## NOTIFICATION OF DOCKET ENTRY

This docket entry was made by the Clerk on Wednesday, November 21, 2018:

      MINUTE entry before the Honorable John J. Tharp, Jr:The status hearing currently scheduled for 12/4/18 [79] is reset to 1/29/19 at 9:00 a.m. Mailed notice(air, )

**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at ***www.ilnd.uscourts.gov***.